**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Dennis Lee JONES, Defendant–**
**Appellant.**

**No. 06–16147**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 12, 2007.

Charles Leslie Handlin, III, Handlin & Hefferan, P.A., Orlando, FL, for Defendant–Appellant.

Roberta Josephina Bodnar, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Charles L. Handlin, appointed counsel for Dennis Lee Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence are **AFFIRMED.**